NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1041

WUXI MULTIMEDIA LIMITED and
ORIENT POWER (WUXI) DIGITAL TECHNOLOGY, LTD.,

Plaintiffs-Appellants,

v.

KONINKLIJKE PHILIPS ELECTRONICS, N.V.
(doing business as Philips Intellectual Property and Standards),

Defendant-Appellee,

and

SONY CORPORATION,

Defendant-Appellee,

and

PIONEER CORPORATION,

Defendant-Appellee,

and

LG ELECTRONICS,

Defendant-Appellee.

Anton N. Handal, Handal & Associates, of San Diego, California, argued for plaintiffs-appellants.

William J. Kolasky, Jr., Wilmer Cutler Pickering Hale & Dorr LLP, of Washington, DC, argued for all defendants-appellees. With him on the brief for Koninklijke Philips Electronics, N.V. were A. Stephen Hut, Jr. and Jonathan G. Cedarbaum. On the brief for Sony Corporation were Joseph Kattan, Gibson, Dunn & Crutcher LLP, of Washington, DC; and Christopher D. Dusseault, of Los Angeles, California. On the brief for Pioneer Corporation were Jeffrey S. Davidson, Alexander F. MacKinnon, and Corey C. Watson, Kirkland & Ellis LLP, of Los Angeles, California. On the brief for LG

Electronics were  H. Stephen Harris, Jr., Jones Day, of Atlanta, Georgia; and David R. Clark, Higgs, Fletcher & Mack LLP, of San Diego, California.

Appealed from:  United States District Court for the Southern District of California

Judge Dana M. Sabraw

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1041

WUXI MULTIMEDIA LIMITED and
ORIENT POWER (WUXI) DIGITAL TECHNOLOGY, LTD.,

Plaintiffs-Appellants,

v.

KONINKLIJKE PHILIPS ELECTRONICS, N.V.
(doing business as Philips Intellectual Property and Standards),

Defendant-Appellee,

and

SONY CORPORATION,

Defendant-Appellee,

and

PIONEER CORPORATION,

Defendant-Appellee,

and

LG ELECTRONICS,

Defendant-Appellee.

# Judgment

ON APPEAL  from the United States District Court for the Southern District of California in CASE NO(S) 04-CV-01136.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (BRYSON and PROST, <u>Circuit Judges</u>, and ZAGEL, <u>District Judge</u>.)<sup>*</sup>

AFFIRMED.  <u>See</u> Fed. Cir. R.36

ENTERED BY ORDER OF THE COURT

DATED:  June 5, 2008            /s/ Jan Horbaly
                                Jan Horbaly, Clerk

_____

<sup>*</sup>  Honorable James B. Zagel, District Judge, United States District Court for the Northern District of Illinois, sitting by designation.